PD-0265-15          CAUSE NO. 14-13-00900-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 11 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEAL
MAR 11 2015
Abel Acosta, Clerk

LAKENDRICK EARL JACOBS                    *          IN THE COURT OF

            V.                            *          CRIMINAL APPEALS

THE STATE OF TEXAS                        *          OF TEXAS

PRO SE MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now, the petitioner in the above styled and numbered cause and respectfully moves this honorable court to extend the time for filing the appellant's petition for discretionary review in this cause and in support thereof would show the court the following:

1. The style and number of this cause in the Court of appeals is: Lakendrick Earl Jacobs V. The State of Texas, appeal no. 14-13-00900-CR.

2. The style and number of the case in the trial court is: The State of Texas V. Lakendrick Earl Jacobs cause no. 1289471 from the 338th District court of Harris County, Texas.

3. The appellant was convicted of the felony offense of Capital Murder.

4. Judgment was entered on October 3, 2013 punishment was assessed at life imprisonment without the possibility of parole.

5. The conviction was affirmed in the Court of Appeals, Fourteenth District, on February 19, 2015.

6. The deadline for filing the applicant's petition for discretionary review in this cause is March 19, 2015.

7. An extension of time for a period of ninety (90) days is requested that would make the due date June 19, 2015

8. No prior request for an extension of time has been made.

9. The facts relied upon to show good cause for the requested extension are as follows: The appellant / petitioner was represented by court appointed counsel during appeal of this case to the Fourteenth Court of Appeals after the conviction was affirmed. The Trial court refused to appoint counsel to file a petition for discretionary review. Therefore, additional time is needed for the appellant to either prepare and file the petition Pro Se or seek legal assistance in filing the petition.

Wherefore, Premises Considered, the appellant / petitioner respectfully request that this Honorable Court extend time for filing the petition for discretionary review in this cause to June 19, 2015.

Respectfully Submitted,

X _L Jacobs_

Lakendrick Earl Jacobs, Pro Se.

## Unsworn Declaration

I Lakendrick Earl Jacobs, TDCJ No. 1889158, being presently incarcerated at the Berry Telford Unit, TDCJ-ID at Bowie County Texas, verify and declare under the penalty of perjury, that the foregoing statements are true and correct to the best of my knowledge.

Executed on this 6th day of March 2015.

## Certificate of Service

The Appellant / Petitioner hereby certifies that a true and correct copy of the foregoing motion has been mailed to the office of Criminal district attorney for Harris County and mailed via U.S. Mail to the State prosecuting attorney at 1201 Franklin, Houston, Texas 77002 on the 6th day of March 2015.

Lakendrick Earl Jacobs
PRO SE.